**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

CLEVELAND WATSON, JR
ADC #96392                                                                                                        PLAINTIFF

V.                                          NO: 1:05CV00083 JMM/HDY

TEMPLETON, *et al.*                                                                                          DEFENDANTS

**FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Court Judge James M. Moody.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.
2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.
3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of

1

>   proof, and a copy, or the original, of any documentary or
>   other non-testimonial evidence desired to be introduced at
>   the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

>   Clerk, United States District Court
>   Eastern District of Arkansas
>   600 West Capitol Avenue, Suite 402
>   Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff initiated this 42 U.S.C § 1983 action by filing a Complaint (docket entry #1) on October 27, 2005. On November 7, 2005, this Court entered an Order directing Plaintiff to submit either the $250.00 filing fee, or a completed *in forma pauperis* application, within 30 days of the entry date of the Order (docket entry #2). Plaintiff was further cautioned of his responsibility to comply with Local Rule 5.5(c)(2), which provides that if any communication from the Court to a *pro se* litigant is not responded to within thirty days, the case may be dismissed without prejudice.

More than thirty days have passed, and Plaintiff has failed to comply with the Court's Order. Under these circumstances, the Court concludes that this case should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2). *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion.)

If Plaintiff wishes to re-open this case, he should file a Motion to that effect within 10 days of the entry date of the Order dismissing this case, together with his reasons for his failure to respond

timely to the November 7, 2005, Order.  Otherwise, Plaintiff must initiate a new lawsuit to pursue his claims.

  IT IS THEREFORE RECOMMENDED THAT:

  1. Plaintiff's Complaint (docket entry #1) be DISMISSED WITHOUT PREJUDICE.

  2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from the Court's Order and the accompanying Judgment would not be taken in good faith.

  DATED this _9_ day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE