IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

CLEVELAND WATSON, JR
ADC #96392
                                                                    PLAINTIFF

V.                              NO: 1:05CV00083 JMM/HDY

TEMPLETON, *et al.*                                                 DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Complaint (docket entry #1) is DISMISSED WITHOUT PREJUDICE.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Order and the accompanying Judgment would not be taken in good faith.

DATED this 4th day of January 2006.

_____
UNITED STATES DISTRICT JUDGE