IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

CLEVELAND WATSON, JR
ADC #96392
                                                                          PLAINTIFF

V.                          NO: 1:05CV00083 JMM/HDY

TEMPLETON, *et al.*                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, Judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment would not be taken in good faith.

DATED this 4th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE